OPINION — AG — ** SPEECH PATHOLOGY AND AUDIOLOGY — FEES ** 59 O.S. 1601 [59-1601] — 59 O.S. 1623 [59-1623], DOES 'NOT' AUTHORIZE THE CHARGING OF FEES AS PROMULGATED UNDER ART. IV, SUBSECT. 3 AND 4 OF THE RULES OF THE BOARD OF EXAMINERS FOR SPEECH PATHOLOGY AND AUDIOLOGY. (LICENSE, FEES, CHARGE, APPROVAL, JURISDICTION, AUTHORITY) CITE: 59 O.S. 1615 [59-1615], 59 O.S. 1605 [59-1605] (DONALD B. NEVARD)